# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SAMSUNG CUSTOMER DATA SECURITY
BREACH LITIGATION         MDL No. 3055

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On February 1, 2023, the Panel transferred 4 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2023). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Christine P. O'Hearn.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge O'Hearn.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of February 1, 2023, and, with the consent of that court, assigned to the Honorable Christine P. O'Hearn.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 10, 2023

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: SAMSUNG CUSTOMER DATA SECURITY
BREACH LITIGATION** MDL No. 3055

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 22−08056 | Raffi Kelechian v. Samsung Electronics America, Inc. et al |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 22−02323 | Wenzel v. Samsung Electronics America, Inc. |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 23−00251 | Davis et al v. Samsung Electronics America, Inc. |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 22−05540 | Bennett v. Samsung Electronics America, Inc. |
| NEVADA | | | |
| NV | 2 | 22−01706 | Gelizon v. Samsung Electronics America, Inc. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 23−00295 | Murray v. Samsung Electronics America, Inc. |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 22−01669 | HASSON v. SAMSUNG ELECTRONICS AMERICA, INC. |